IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY: Cas D.C.

2005 SEP 14  AM 10: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RICHARD IRBY and ELIZABETH IRBY,

    Plaintiffs,

v.                                              No. 05-2634-B

AMERICAN INTERNATIONAL
GROUP, INC., et al.

    Defendants

---

### ORDER OF RECUSAL

---

The undersigned hereby recuses himself from all proceedings in the above-captioned case.

The clerk is directed to take the appropriate action to reassign this case.

    IT IS SO ORDERED.

                                          J. DANIEL BREEN
                                          UNITED STATES DISTRICT JUDGE

                                          DATE: 9/14/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-16-05

7

FILED BY _CAS_ D.C.

2005 SEP 14  AM 10: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SAMUEL H. MAYS, Jr.

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02634 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Clinton C. Carter
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
272 Commerce Street
Montgomery, AL 36104

Honorable Samuel Mays
US DISTRICT COURT