IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RICHARD IRBY AND ELIZABETH IRBY,

    Plaintiffs,

VS.                                 NO. 05-2634-MaV

AMERICAN INTERNATIONAL GROUP,
INC., ET AL.,

    Defendants.

ORDER GRANTING MOTION FOR EXTENSION OF TIME

    Before the court is the October 13, 2005, joint motion of the parties requesting an extension of time for defendants to respond to plaintiffs' motion to remand. For good cause shown, the motion is granted. The defendants shall have an additional ten (10) days after entry of the court's order on the pending motion for extension of time to complete the remand-related discovery within which to file their response in opposition to the motion to remand.

    It is so ORDERED this 19th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02634 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Daniel Warren Van Horn
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Frank M. Holbrook
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Clinton C. Carter
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
272 Commerce Street
Montgomery, AL 36104

Patrick Ryan Beckett
BUTTER SNOW O'MARA STEVENS & CANNADA, PLLC
P.O. Box 22567
Jackson, MS 39225--256

Honorable Samuel Mays
US DISTRICT COURT